IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER CRAIG, | § | |
| | § | No. 419, 2019 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1206022379 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 8, 2020
Decided: July 29, 2020

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record below, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its August 29, 2019 order denying the appellant's first motion for postconviction relief filed under Superior Court Criminal Rule 61 ("Rule 61").[1] The motion was procedurally barred and did not satisfy the pleading requirements of Rule 61(i)(5).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice

---

[1] *State v. Craig*, 2019 WL 4131121 (Del. Super. Ct. Aug. 29, 2019).